IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:06cr85WHB-JCS

LEROY GARRETT

ORDER OF DISMISSAL
COUNTS 1 THROUGH 4 AND COUNT 6

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 1 through 4 and Count 6 of the Criminal Indictment against the defendant, LEROY GARRETT, without prejudice.

DUNN LAMPTON
United States Attorney

By:  s/Carla J. Clark
CARLA J. CLARK
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 1-4 and Count 6.

ORDERED this 16th day of May, 2007.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE